IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CEDRIC GLAZE                                                                                    PLAINTIFF
ADC #132460

V.                                    1:08CV00010 WRW/HDY

CURTIS MEINZER *et al.*                                                                      DEFENDANTS

**ORDER**

Plaintiff filed this complaint on February 7, 2008, alleging constitutional violations in connection with a disciplinary court appearance in July of 2007, and retaliation for his grievances. On June 17, 2008, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #52). For good cause shown, Plaintiff's motion will be granted.

IT IS THEREFORE ORDERED THAT Plaintiff's motion to voluntarily dismiss his complaint (docket entry #52) is GRANTED, and Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

DATED this 18th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE

1