IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

CEDRIC GLAZE                                                                                           PLAINTIFF
ADC #132460

V.                                              1:08CV00010 WRW/HDY

CURTIS MEINZER *et al.*                                                                       DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied.

DATED this 18th day of June, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE